UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LEWIS BOBO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EUGENE MISSION,<br><br>　　　　　Defendant. | No. 2:19-cv-763-MCE-EFB PS<br><br><br>ORDER |

On January 22, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 4. No objections were filed.

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

///
///
///
///
///
///

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 22, 2020 (ECF No. 4), are ADOPTED in full;
2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the November 25, 2019 order (ECF No. 3); and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 13, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE